UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
DAMON ENGLAND,                           )     No. C17-0869RSL
                                         )
                Plaintiff,          )
    v.                                 )     CASE MANAGEMENT ORDER
                                         )
THE BOEING COMPANY EMPLOYEE              )
HEALTH AND WELFARE BENEFIT PLAN,         )
*et al.*,                                )
                                         )
                Defendants.         )
_____)

On June 6, 2017, plaintiff filed a complaint seeking benefits under an ERISA benefit plan. Having reviewed the Joint Status Report submitted by the parties (Dkt. # 9), the Court establishes the following case management deadlines:

| | |
|---|---|
| Deadline for production of the administrative record | September 14, 2017 |
| Deadline for plaintiff's motion to supplement the record (if any) | October 12, 2017 |
| Cross-motions for summary judgment of no more than 24 pages due by | March 2, 2018 |
| Responsive memoranda of no more than 24 pages due by | March 16, 2018 |

CASE MANAGEMENT ORDER

1   The cross-motions for summary judgment shall be noted for consideration on the Court's
2   calendar for March 16, 2018, These dates are set at the direction of the Court after reviewing the
3   joint status report and discovery plan submitted by the parties. All other dates are specified in the
4   Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a
5   weekend or federal holiday, the act or event shall be performed on the next business day. These
6   are firm dates that can be changed only by order of the Court, not by agreement of counsel or the
7   parties. The Court will alter these dates only upon good cause shown.

If the briefing schedule assigned to this matter creates an irreconcilable conflict, counsel must notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this Order and must set forth the exact nature of the conflict.  A failure to do so will be deemed a waiver.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov.  *Pro se* litigants may file either electronically or in paper form.  The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

– Alteration to LCR 10(e)(9) - Effective July 1, 2014, the Western District of Washington will no longer accept courtesy copies in 3-ring binders.  All courtesy copies must be 3-hole punched, tabbed, and bound by rubber bands or clips.  If any courtesy copies are delivered to the intake desk or chambers in 3-ring binders, the binders will be returned immediately.  This policy does **NOT** apply to the submission of trial exhibits.

– Alteration to Section III, Paragraph M of the Electronic Filing Procedures - Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

– Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line

numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to the filing party, particularly if a party submits lengthy deposition testimony without highlighting or other required markings.

## PRIVACY POLICY

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

* Dates of Birth - redact to the year of birth
* Names of Minor Children - redact to the initials
* Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety
* Financial Accounting Information - redact to the last four digits
* Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

## COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.

## SETTLEMENT

Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds at 206-370-8519, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 17th day of August, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

CASE MANAGEMENT ORDER -3-