Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

DAMON ENGLAND,

    Plaintiff,

vs.

THE BOEING COMPANY EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN; EMPLOYEE BENEFIT PLANS COMMITTEE, The Plan Administrator, a foreign corporation; and AETNA LIFE INSURANCE COMPANY, a foreign corporation,
Defendant.
    Defendant.

Case No.: 2:17-CV-00869 RSL

**STIPULATED MOTION AND ORDER TO SUPPLEMENT THE CLAIM FILE ON *DE NOVO* REVIEW**

COME NOW the parties, by and through their attorneys of record and hereby stipulate that the Court enter an Order that the Aetna Administrative Record will be supplemented with the Social Security Administration ("SSA") Notice of Award granting Plaintiff's Social Security Disability ("SSDI") benefits.

This is a claim for long-term disability benefits Plaintiff is eligible to receive through his employment with Boeing. Defendants initially denied Plaintiff's claim for long-term disability benefits by letter, dated June 7, 2016. Plaintiff appealed the denial and submitted additional, supportive medical information to support his disability. Defendant upheld the initial denial by

STIPULATED MOTION TO SUPPLEMENT THE CLAIM FILE
ON *DE NOVO* REVIEW – 1
File Number 204364

LAW OFFICES OF
NELSON LANGER ENGLE PLLC
12055 15th Avenue NE
Seattle, Washington 98125
Telephone: 206~623~7520
Facsimile: 206~622~7068

letter, dated October 26, 2016. Plaintiff was awarded SSDI by the SSA on October 21, 2016. The Notice of Award is not contained in the Administrative Record lodged by Defendants. The parties agree that the Notice of Award should be considered by the Court upon *de novo* review.

DATED this 11th day of October 2017.

NELSON LANGER ENGLE, PLLC


/s/  Aaron I. Engle
Aaron I. Engle, WSBA #37955
12055 15th Avenue NE
Seattle, WA 98125
Telephone: 206-623-7520
AaronE@nlelaw.com
Attorneys for Plaintiff


JENSEN BAKER MORSE, PLLC


/s/    Sarah E. Swale
Sarah E. Swale, WSBA #29626
Jensen Baker Morse PLLC
216 First Avenue South Suite 204
Seattle, WA 98104
(206) 682-1550
sarah.swale@jmblawyers.com
Attorneys for Defendants


BASED ON THE STIPULATION OF THE PARTIES, it is so ordered.

DONE IN OPEN COURT this 17th day of October, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION TO SUPPLEMENT THE CLAIM FILE
ON *DE NOVO* REVIEW – 2
File Number 204364

LAW OFFICES OF
NELSON LANGER ENGLE PLLC
12055 15th Avenue NE
Seattle, Washington 98125
Telephone: 206~623~7520
Facsimile:  206~622~7068